IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 18-cv-01250-WJM-STV

STEVEN A. KLENDA, LLC dba ADROIT ADVOCATES, LLC,
And ADROIT ADVOCATES, LLC,

    Plaintiffs

v.

DANIEL LARSCHEID, DDS, and
FLOSS DENTAL, LLC, a Minnesota limited liability company dba
WOODLAND FAMILY DENTAL

    Defendants and Counterclaimants

v.

STEVEN A. KLENDA, individually
STEVEN A. KLENDA, LLC dba ADROIT ADVOCATES, LLC,
and ADROIT ADVOCATES, LLC

    Counterclaim Defendants

**MOTION FOR WITHDRAWAL OF JANA C. HOUGHTELING, ESQ. FOR COUNTERCLAIM DEFENDANTS**

Jana C. Houghteling, Esq., hereby submits this Motion for Leave to Withdraw as Attorney of Records on Behalf of Counterclaim Defendants Steven A. Klenda and Steven A. Klenda, LLC d/b/a Adroit Advocates, LLC and Adroit Advocates, LLC ("Motion to Withdraw").

**Conferral Statement**

Pursuant to D.COLO.LCivR 7.1(b)(4), this Motion to Withdraw is exempt from conferral requirements.

1

## Motion

1. Ms. Houghteling respectfully moves to withdraw her appearance as counsel for Counterclaim Defendants in Case No. 18-cv-01250.

2. Good cause exists for Ms. Houghteling's withdrawal because Ms. Houghteling is no longer an attorney with Cohen|Black Law, LLC.

3. Ms. Houghteling has notified Counterclaim Defendants of her withdrawal in the above captioned matter.

4. Counterclaims Defendants will continue to be represented by Nancy L. Cohen, Esq. of Cohen|Black Law, LLC.

WHEREFORE, Ms. Houghteling respectfully requests the Court order her withdrawal as counsel of record for Counterclaim Defendants.

Dated:  May 4, 2021                    Respectfully submitted,

By: */s/ Jana C. Houghteling*
   Nancy L. Cohen, Esq.
   Jana C. Houghteling, Esq.
   COHEN|BLACK LAW, LLC
   1888 N. Sherman St., Suite 770
   Denver, Colorado 80203
   T: 720.699.2322
   F: 720.301.3166
   Email: nancy@cohenblacklaw.com
             jana@cohenblacklaw.com
   *Attorneys for the Counterclaim Defendants*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of May, 2021, I presented the foregoing **NOTICE OF WITHDRAWAL OF JANA C. HOUGHTELING, ESQ. FOR COUNTERCLAIM DEFENDANTS** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of this filing to the following:


Boris Parker
100 South Fifth Street
2100 Fifth Street Towers
Minneapolis, MN 55402-3707
boris@parkerwenner.com
*Attorneys for Defendants & Counterclaimants*

Steven A. Klenda
Klenda Legal LLC
1624 Market St., Suite 202
Denver, CO  80202
sklenda@klendalegal.com
*Attorneys for the Plaintiff*

Geoffrey Blue
Gessler Blue, LLC
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
gblue@gesslerblue.com
*Attorneys for the Plaintiff*

                */s/ Jana C. Houghteling.*
                Jana C. Houghteling

3